UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MYERS,<br><br>    Plaintiff,<br><br>  v.<br><br>SAN FRANCISCO GENERAL HOSPITAL, et al.,<br><br>    Defendants. | Case No. 14-cv-05654-WHO<br><br>**ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**<br><br>Re: Dkt. No. 20 |

Plaintiff Robert Myers failed to appear for his scheduled deposition and has not attended the last two case management conferences. Defendant City and County of San Francisco has filed a motion for summary judgment that is set to be heard on December 23, 2015. Myers's opposition or response to that motion was due on December 2, 2015. As of the date of this order, Myers has not filed his opposition or otherwise responded.

Myers is ORDERED TO SHOW CAUSE why this case should not be dismissed with prejudice for failure to prosecute by **filing an opposition or other response to the motion for summary judgment by December 18, 2015**. If Myers does not file his opposition by that date, this case may be dismissed for failure to prosecute. Fed. R. Civ. Proc. 41(b).

**IT IS SO ORDERED**.

Dated: December 10, 2015.

_____
WILLIAM H. ORRICK
United States District Judge